# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159371(52)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GERALD MAGNANT,
        Defendant-Appellant.
_____/

SC: 159371
COA: 341627
Ingham CC: 17-000407-FH

        On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED.  The answer will be accepted as timely filed if submitted on or before May 21, 2019.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2019



Clerk